**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6899

RODNEY L. CONYER,

                              Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (CA-05-220)

Submitted:  November 22, 2005      Decided:  December 5, 2005

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Rodney L. Conyer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rodney L. Conyer appeals the district court's order dismissing his 28 U.S.C. § 2241 (2000) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Conyer v. United States, No. CA-05-220 (W.D. Va. Apr. 15, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED